NO. 12-09-00284-CR



IN THE COURT OF APPEALS
 


TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS


TERRENCE BERNARD WOODARD,
§
 APPEAL FROM THE 241ST

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS

 

MEMORANDUM OPINION


PER CURIAM


 Appellant pleaded guilty to aggravated robbery, and the trial court assessed punishment at
imprisonment for twenty years. We have received the trial court's certification showing that this is
a plea bargain case and Appellant has no right of appeal. The certification further shows that
Appellant waived his right to appeal. See Tex. R. App. P. 25.2(d). The certification is signed by
Appellant and his counsel. Accordingly, the appeal is dismissed for want of jurisdiction.

Opinion delivered September 16, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.






(DO NOT PUBLISH)